E-FILED: 06/29/2016
JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD FABRICS INTERNATIONAL, INC., <br><br>Plaintiff, <br><br>vs. <br><br>EMINENT, INC., *et al*., <br><br>Defendants. | Case No. 2:16-cv-00332-PSG-GJS <br>*Honorable Philip S. Gutierrez Presiding* <br><br>**[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: 06/29/2016            By: __PHILIP S. GUTIERREZ__
                                 HONORABLE PHILIP S. GUTIERREZ
                                 UNITED STATES DISTRICT JUDGE